

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Victor Beltran<br><br>DEFENDANT(S). | CASE NUMBER<br><br>13-00367 m<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __deft_____, IT IS ORDERED that a detention hearing is set for __Feb 21, 2013_____, _____, at __11:00__ ☒ a.m. / ☐ p.m. before the Honorable __RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE_____, in Courtroom __341_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __2/19/13_____        _____
                                  U.S. District Judge/Magistrate Judge